# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **O'DEAN M. GRANT,** | **CASE NO. 1:14-CV-1678 AWI JLT** |
| **Plaintiff** | **ORDER RESETTING HEARING FOR JANUARY 20, 2015** |
| v. | |
| **CAPELLA UNIVERSITY, SOPHIA PATHWAYS, AND DOES 1-12,** | (Doc. 7) |
| **Defendants** | |

This case was removed from Superior Court. On November 26, 2014, Plaintiff filed a motion entitled "Motion to Dismiss Pursuant to 28 U.S.C.A. #1331" that sought a hearing on December 9, 2014 in Kern County Superior Court. Doc. 8. Defendants filed a separate motion to dismiss that was set for hearing on December 8, 2014. The court conflated the motions and took both matters under submission. Doc. 10.

Plaintiff's motion challenges federal subject matter jurisdiction and will be treated as a motion for remand. Plaintiff's motion (Doc. 8) will be reset for hearing on Tuesday, January 20, 2015 at 1:30 PM to allow parties a chance to fully brief the matter. Defendants' motion (Doc. 7) remains under submission. Plaintiff is pro se and directed to Local Rule 230(d) which requires any reply to be filed no less than seven days before the date of the hearing; in this case, the deadline falls on Tuesday, January 13, 2015.

IT IS SO ORDERED.

Dated:   December 10, 2014                      _____
                                                                SENIOR DISTRICT JUDGE