UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'DEAN M. GRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPELLA UNIVERSITY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01678 - AWI - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CLARITY<br><br>(Doc. 18) |

Plaintiff requests clarification regarding the Court's minute order dated January 26, 2015, inquiring whether the motions to dismiss remain "under submission and review." (Doc. 18). Plaintiff's request is **GRANTED**, and the Court responds as follows:

Judge Ishii has taken the cross-motions to dismiss filed by Plaintiff and Defendants under submission. (*See* Doc. 15.) This means, the Court will consider the motions and issue a written ruling once they are decided. Because of this, issuing a case schedule is not practical. As a result, the Court issued the order continuing the scheduling conference to April 14, 2015, to allow more time to review and decide the motions to dismiss.

IT IS SO ORDERED.

　　Dated:　**February 20, 2015**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE